In the Matter of the Claims of MARIE S. O'DONNELL et al., Respondents, against ELLERMAN & BUCKNALL STEAMSHIP COMPANY, LTD., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 6, 1945; decided May 17, 1945.

*John M. Aherne* for appellants.

*Nathaniel L. Goldstein, Attorney-General (Roy Weidersum* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.